IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. 4:18-CR-223-SDJ-KPJ-14 |
| STACY RAMSEY (14) | § § § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 11, 2024, to determine whether Defendant violated her supervised release. Defendant was represented by Federal Public Defender Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Stevan Buys.

On August 6, 2020, United States District Judge Sean D. Jordan sentenced Defendant to a term of fifty-one (51) months imprisonment followed by two (2) years of supervised release. *See* Dkt. 796 at 1. On May 4, 2022, Defendant completed her term of imprisonment and began serving the term of supervision. *See id.*

On March 28, 2024, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 796), alleging Defendant violated one condition of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following condition of supervision: (1) Defendant must refrain from any unlawful use of a controlled substance. *See id.*

The Petition asserts Defendant violated the foregoing condition as follows:

1

(1) On December 19, 2023, Defendant submitted a urine specimen for U.S. Probation Officer Tiffany Coronado in the Eastern District of Tennessee. The urine sample was positive for marijuana.

On January 9, 2024, Defendant submitted a random urine sample at the U.S. Probation Office in Chattanooga, Tennessee, which was positive for marijuana. A laboratory report from Alere Toxicology confirmed the positive test.

On January 31, 2024, Defendant submitted a random urine sample at the U.S. Probation Office in Chattanooga, Tennessee, which was positive for marijuana. A laboratory report from Alere Toxicology confirmed the positive test.

On February 22, 2024, Defendant submitted a urine sample at the U.S. Probation Office in Plano, Texas, which was positive for marijuana. A laboratory report from Alere Toxicology confirmed the positive test.

On July 11, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for July 11, 2024. Defendant entered a plea of true to allegation one, consented to revocation of her supervised release, and waived her right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 812. The Court finds Defendant violated the terms of her supervised release, and thus, her supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 11, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of four (4) months, with no supervised release to follow. The Court further recommends Defendant be placed at FMC Carswell in Fort Worth, Texas, if appropriate.

**So ORDERED and SIGNED this 11th day of July, 2024.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE